**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MAXIM CRANE WORKS, LP**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 15-597 |
| **SMITH TRANSPORTATION** | ) | |
| **SERVICES, INC**., a/k/a SMITH- | ) | |
| CARGO TRANSPORTATION, | ) | |
| LLC, **SENTRY SELECT** | ) | |
| **INSURANCE CO.**, and **AGCS** | ) | |
| **MARINE INSURANCE CO.**, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

AND NOW, this 22nd day of July, 2016, upon consideration of the Joint
Motion for Dismissal with Prejudice filed by Plaintiff, Maxim Crane Works, LP, and
Defendants Smith Transportation Services, Inc., a/k/a Smith-Cargo Transportation,
LLC, and Sentry Select Insurance Co. (ECF No. 56), **IT IS HEREBY ORDERED**
that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that all claims asserted by Maxim Crane Works,
L.P. against any defendant, and all counterclaims asserted by Sentry Select Insurance
Co. against Maxim Crane Works, L.P., are dismissed with prejudice, with the parties
to bear their own costs. Defendant AGCS Marine Insurance Co.'s request for
reimbursement of its attorneys' fees and costs is specifically denied.

The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

*/s/  Joy Flowers Conti*

Joy Flowers Conti
Chief U.S. District Judge